UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONG ZHOU,

Petitioner,

-v-

KRISTI NOEM *et al.*,

Respondents.

25 Civ. 10284 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and motion for a temporary restraining order, Dkt. 4 ("Pet."), IT IS HEREBY ORDERED that:

1. In light of petitioner's statement that notice has already been given to the U.S. Attorney's Office, Pet. at 6, the Clerk of Court is respectfully directed to unseal the petition at docket 4.

2. Respondents are ORDERED to file a return on the order to show cause as to why the petition for a writ of habeas corpus and temporary restraining order should not be granted by **Wednesday, December 17, 2025, at 5 p.m**.

3. Petitioner shall file any reply by **Friday, December 19, 2025, at 5 p.m.**

4. The parties shall APPEAR before this Court for a hearing on the petition on **Monday, December 22, 2025 at 2:00 p.m.** in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

5. Counsel may confer regarding the above deadlines and if all parties consent to extensions they may make the request to the Court by letter.

1

Petitioner's counsel shall **forthwith** serve a copy of the petition and this Order on respondents, by multiple means, including email, overnight mail, and hand-delivery to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, New York, New York.  Petitioner's counsel shall file proof of such service on the docket no later than **Monday, December 15, 2025 at 5 p.m**.

The Court is furnishing this Order to petitioner's counsel by email, and is separately emailing this Order to Jeffrey Oestericher, the Chief of the Civil Division at the United States Attorney's Office for the Southern District of New York to ensure respondents' prompt notice.

Dated: December 12, 2025
New York, New York

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2