**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TONG ZHOU,

                         Petitioner,            25 **CIVIL** 10284 (PAE)

      -against-                                **JUDGMENT**

KRISTI NOEM et al.,

                        Respondents.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 18, 2025, the Court grants the petition for a writ of habeas corpus. ICE is hereby ordered to transport Zhou back to this District forthwith, and thereafter to release Zhou from custody. ICE shall ce1tify compliance with the Court's order by filing an entry on the docket of this case no later than 5 p.m. on Friday, December 19, 2025.

**DATED:**  New York, New York
            December 19, 2025

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**
           **BY:**

                                        **Deputy Clerk**